# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRADFORD BLASECK, MELISSA BLASECK, <br><br> Plaintiffs, <br><br> v. <br><br> CALIBER HOME LOANS INC.; SELECT PORTFOLIO SERVICING INC.; and Does 1-100, inclusive, <br><br> Defendants. | Case No.: CV 20-3755-GW-JCx <br><br> Hon. District Judge George H. Wu <br><br> **ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

Having considered the *Stipulation for Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiffs* Bradford Blaseck and Melissa Blaseck, and *defendant* Select Portfolio Servicing, Inc. (collectively, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed in its entirety *with prejudice*.

**IT IS FURTHER ORDERED** that the Parties shall bear their own attorneys' fees and costs incurred in connection with this action.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS SO ORDERED.**

Dated:  June 11, 2020

___*[signature: George H. Wu]*___

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE